## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MAURICE WALLACE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 09-cv-448-MJR |
| | ) |
| **SARAH COBB, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff filed a notice voluntarily dismissing this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Doc. 8). Voluntary withdrawal of his complaint is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED** as moot. The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 4th day of January, 2010.**

> **s/ Michael J. Reagan**
> **MICHAEL J. REAGAN**
> **United States District Judge**